1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

**FILED**

2008 JUN -3 A 11: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CR-08 00365 RS |
|---|---|
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Funds (Class A misdemeanor) |
| v. | |
| LUNARIA DENNIS, | |
| Defendant. | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about August 3, 2004, in the Northern District of California, the defendant,

**LUNARIA DENNIS,**

did embezzle, steal, purloin and knowingly convert to her own use money belonging to the United States and an agency thereof, to wit: by receiving and spending Liwayway Perez's Social Security benefits in the amount of $500 after Ms. Perez had died, in violation of Title 18, United States

///

///

INFORMATION

DOCUMENT NO.   CSA's INITIALS
1

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  Code, Section 641, a Class A misdemeanor.

DATED: 5/29/08

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *[signature]* )
ADITYA NAGARAJAN
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN -3 A 11: 24
RICHARD W. WIEKING
DISTRICT COURT
DIST. OF CA. S.J.

**OFFENSE CHARGED**
COUNT ONE: Title 18 United States Code, Section 641 - Theft of Government Funds (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

**PENALTY:**
10 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

**DEFENDANT - U.S.**
▶ LUNARIA DENNIS

**DISTRICT COURT NUMBER**
CR 08 00365 RS

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

S/A GARY DASILVA - SSA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
JEFFREY SCHENK

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☑ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☑ Initial Appearance

**Defendant Address:**
510 SADDLE BROOK DRIVE, SPACE 148
SAN JOSE, CA 95136

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: June 19, 2008 @ 9:30 AM
Before Judge: MAGISTRATE JUDGE RICHARD SEEBORG

Comments: