BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DENNIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-08-00365 RS |
| Plaintiff,  ) | STIPULATION AND [PROPOSED] |
| vs.  ) | ORDER CONTINUING HEARING |
| LUNARIA DENNIS,  ) | |
| Defendant.  ) | |

**STIPULATION**

The parties hereby stipulate that the status hearing currently set for Wednesday, July 23, 2008 may be continued to Monday, August 4, 2008 at 11:00 a.m. to permit the parties to conclude their plea negotiations.

Dated: July 22, 2008

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: July 22, 2008

/s/ _____
ADITYA NAGARAJAN
Law Clerk

Stipulation and [Proposed] Order Continuing
Hearing                                                            1

1 **ORDER**

2 Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

3 hearing currently set for Wednesday, July 23, 2008 may be continued to Monday, August 4, 2008

4 at 11:00 a.m.

5

6 Dated:

7

8 _____
RICHARD SEEBORG
United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26