BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant DENNIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LUNARIA DENNIS,<br><br>          Defendant. | No. CR-08-00365 RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING HEARING |

## STIPULATION

The parties hereby stipulate that the status hearing currently set for Wednesday, July 23, 2008 may be continued to Monday, August 4, 2008 at 11:00 a.m. to permit the parties to conclude their plea negotiations.

Dated: July 22, 2008

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: July 22, 2008

/s/_____
ADITYA NAGARAJAN
Law Clerk

Stipulation and [Proposed] Order Continuing
Hearing                                       1

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Wednesday, July 23, 2008 may be continued to Monday, August 4, 2008 at 11:00 a.m.

Dated: 7-23-08

_____
RICHARD SEEBORG
United States Magistrate Judge

Stipulation and [Proposed] Order Continuing Hearing                    2