BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant DENNIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUNARIA DENNIS,<br><br>    Defendant. | No. CR-08-00365 RS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |

## STIPULATION

The parties hereby stipulate that the status hearing currently set for Monday, August 4, 2008 at 11:00 a.m. may be continued to Monday, August 18, 2008 at 11:00 a.m., to permit the parties to conclude their plea negotiations.

Dated: July 31, 2008

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: July 31, 2008

/s/ _____
ADITYA NAGARAJAN
United States Attorney Law Clerk

Stipulation and [Proposed] Order Continuing Hearing         1

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, August 4, 2008 at 11:00 a.m. may be continued to Monday, August 18, 2008 at 11:00 a.m.

Dated: August ___, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge