1   BARRY J. PORTMAN
    Federal Public Defender
2   CYNTHIA C. LIE
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant DENNIS

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )    No. CR-08-00365 RS
                                       )
11              Plaintiff,             )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING HEARING
12  vs.                                )
                                       )
13  LUNARIA DENNIS,                    )
                                       )
14              Defendant.             )
                                       )
15  _____)

16                        **STIPULATION**

17
          The parties hereby stipulate that the status hearing currently set for Monday, August 4,
18
    2008 at 11:00 a.m. may be continued to Monday, August 18, 2008 at 11:00 a.m., to permit the
19
    parties to conclude their plea negotiations.
20

21  Dated: July 31, 2008
22
                                       /s/_____
23                                     CYNTHIA C. LIE
                                       Assistant Federal Public Defender
24  Dated: August 1, 2008

25                                     /s/_____
                                       SUSAN KNIGHT
26                                     Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Hearing                                1

1

**ORDER**

2      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

3  hearing currently set for Monday, August 4, 2008 at 11:00 a.m. may be continued to Monday,

4  August 18, 2008 at 11:00 a.m.

5

6  Dated: August ___, 2008

7

8                                          _____
                                           RICHARD SEEBORG
                                           United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26