BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant DENNIS

FILED
AUG - 1 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUNARIA DENNIS,

Defendant.

No. CR-08-00365 RS

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING

**STIPULATION**

The parties hereby stipulate that the status hearing currently set for Monday, August 4, 2008 at 11:00 a.m. may be continued to Monday, August 18, 2008 at 11:00 a.m., to permit the parties to conclude their plea negotiations.

Dated: July 31, 2008

/s/
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: August 1, 2008

/s/
SUSAN KNIGHT
Assistant United States Attorney

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, August 4, 2008 at 11:00 a.m. may be continued to Monday, August 18, 2008 at 11:00 a.m.

Dated: August 1, 2008

RICHARD SEEBORG
United States Magistrate Judge