BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant DENNIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               )<br>                                                              )<br>              Plaintiff,                           )<br>                                                              )<br>vs.                                                        )<br>                                                              )<br>LUNARIA DENNIS,                           )<br>                                                              )<br>              Defendant.                       )<br>_____) | No. CR-08-00365 RS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING |

**STIPULATION**

The parties hereby stipulate that the status hearing currently set for Monday, August 18, 2008 at 11:00 a.m. may be continued to Thursday, September 11, 2008 at 9:30 a.m., to permit the parties to conclude their plea negotiations.


Dated: August 14, 2008

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: August 14, 2008

/s/ _____
JEFFREY B. SCHENK
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing
Hearing                                                           1

**ORDER**

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, August 18, 2008 at 11:00 a.m. may be continued to Thursday, September 11, 2008 at 9:30 a.m.

Dated: August ___, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge