E-FILED

1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant DENNIS

FILED

AUG 1 5 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00365 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| vs. | |
| LUNARIA DENNIS, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate that the status hearing currently set for Monday, August 18, 2008 at 11:00 a.m. may be continued to Thursday, September 11, 2008 at 9:30 a.m., to permit the parties to conclude their plea negotiations.

Dated: August 14, 2008

/s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: August 14, 2008

/s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing Hearing                1

# ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, August 18, 2008 at 11:00 a.m. may be continued to Thursday, September 11, 2008 at 9:30 a.m.

Dated: August 15, 2008

RICHARD SEEBORG
United States Magistrate Judge