1 BARRY J. PORTMAN
Federal Public Defender
2 CYNTHIA C. LIE
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant DENNIS

**E-FILED**

**FILED**

NOV 26 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00365 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| LUNARIA DENNIS, | |
| Defendant. | |

**STIPULATION**

The parties hereby stipulate that the sentencing hearing currently set for Thursday, December 18, 2008 at 9:30 a.m. may be continued to Thursday, January 29, 2009 at 11:00 a.m. United States Probation Officer Lori Timmons has been consulted as to the proposed continuance and has no objection.

Dated: November 7, 2008

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: November 24, 2008

s/_____
JEFFREY B. SCHENK
Assistant United States Attorney

Stipulation and [Proposed] Order Continuing Hearing                    1

## ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Thursday, December 18, 2008 at 9:30 a.m. may be continued to Monday, January 29, 2009 at 11:00 a.m.

Dated: November 25, 2008

RICHARD SEEBORG
United States Magistrate Judge